IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00013-MEH

MELLISA UMPHENOUR, on her own behalf and on behalf of her minor child,

    Plaintiff,

v.

SPIRIT MASTER FUNDING X, LLC,

    Defendant.

---

**ORDER CLOSING CASE**

---

Before the Court is a Notice of Voluntary Dismissal with Prejudice [filed March 5, 2017; ECF No. 12].  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court finds the Notice and terms of the dismissal proper.  Thus, this case is voluntarily **dismissed with prejudice**, with each party to bear her or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 7th day of March, 2017.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge